### INDEX OF EXHIBITS TO PLAINTIFFS' MOTION FOR PRELIMINARY INJUNCTION

| Exhibit No. | Description |
|:---:|---|
| 1 | Declaration of Brian Mecinas |
| 2 | Declaration of Plaintiff "C.V." |
| 3 | Declaration of Patti Serrano |
| 4 | Declaration of Justin Barasky |
| 5 | Declaration of Rachana Desai Martin |