# EXHIBIT 1

1  Sarah R. Gonski (# 032567)
   PERKINS COIE LLP
2  2901 North Central Avenue, Suite 2000
   Phoenix, Arizona 85012-2788
3  Telephone: (602) 351-8000
   Facsimile: (602) 648-7000
4  SGonski@perkinscoie.com

5  Marc E. Elias (WDC# 442007)*
   Elisabeth C. Frost (WDC# 1007632)*
6  John M. Geise (WDC# 1032700)*
   PERKINS COIE LLP
7  700 Thirteenth Street NW, Suite 600
   Washington, D.C. 20005-3960
8  Telephone: (202) 654-6200
   Facsimile: (202) 654-6211
9  MElias@perkinscoie.com
   EFrost@perkinscoie.com
10 JGeise@perkinscoie.com

11 Abha Khanna (WA# 42612)*
   PERKINS COIE LLP
12 1201 Third Avenue, Suite 4900
   Seattle, WA 98101-3099
13 Telephone: (206) 359-8000
   Facsimile: (206) 359-9000
14 AKhanna@perkinscoie.com

15 *Admitted Pro Hac Vice

16 Attorneys for Plaintiff

17

18                 UNITED STATES DISTRICT COURT

19                      DISTRICT OF ARIZONA

20 Brian Mecinas, et al.,                    No. 19-cv-05547-DJH

21                 Plaintiffs,

22         v.                                **DECLARATION OF PLAINTIFF
                                             BRIAN MECINAS IN SUPPORT
23 Katie Hobbs, in her official capacity as the   OF PLAINTIFFS' MOTION FOR
   Arizona Secretary of State,                PRELIMINARY INJUNCTION**
24

25                 Defendant.

26

27

28

I, Brian Mecinas, according to 28 U.S.C. §1746, testify that:

1.      My name is Brian Mecinas.  I am a legal adult, competent to testify, and declare the following facts based on my own personal knowledge.

2.      I am a resident and registered Democratic voter in Maricopa County, Arizona. I have been a resident of Maricopa County for 12 years.

3.      I turned eighteen years old in the spring of 2019, and registered to vote shortly thereafter. I strive to be an engaged citizen, and I am already actively exercising my civil rights. I am a member of Arizona Youth Climate Strike, and I'm currently interning on a congressional campaign.

4.      I plan to vote in the upcoming November 2020 general election.  During that election, I plan to support Democratic candidates.

5.      I only newly became aware of the fact that candidates listed first on a ballot have an advantage over candidates who appear later on the list.  Until shortly before this case, I did not understand or appreciate the substantial benefit that the Arizona's Ballot Order Statute, A.R.S. §16-502(E) gives to all candidates of the party whose candidate won the county during the last governor's race.

6.      I believe that the Ballot Order Statute will suppress my voice and vote because it benefits all of the Republican candidates in the races that I will vote in by giving them an electoral advantage based on nothing more than the fact that they are listed first. None of the Democratic candidates that I support will be listed first in any of the races that I will be voting in, so the impact of the ballot order effect will only advantage Republican candidates—and, without exception, disadvantage the Democratic candidates that I support. Elections should be fair, and all candidates should begin on an equal playing field. If the Ballot Order Statute is left in place, the Democratic candidates that I support and vote for may well be unable to overcome the advantage the Ballot Order Statute gives to their Republican opponents.

7.     My efforts to advocate for political change and candidates that I believe in are complicated by the Ballot Order Statute. My preferred candidates will have to expend costly resources to make up for votes lost purely as a result of the Ballot Order Statute, and will be less likely to ultimately prevail.

8.     As a young voter and a first-generation American, I believe strongly that everyone has an equal right to vote and participate in our democracy. It's frustrating to learn that in Arizona, the playing field is tilted toward one party right from the beginning.

I declare under penalty of perjury that the foregoing is true and correct.

Dated:   November 11, 2019

DocuSigned by:

*Brian Mecinas*

672A00E57EF248A...

Brian Mecinas

-3-