# EXHIBIT 2

1  Sarah R. Gonski (# 032567)
   PERKINS COIE LLP
2  2901 North Central Avenue, Suite 2000
   Phoenix, Arizona 85012-2788
3  Telephone: (602) 351-8000
   Facsimile: (602) 648-7000
4  SGonski@perkinscoie.com

5  Marc E. Elias (WDC# 442007)*
   Elisabeth C. Frost (WDC# 1007632)*
6  John M. Geise (WDC# 1032700)*
   PERKINS COIE LLP
7  700 Thirteenth Street NW, Suite 600
   Washington, D.C. 20005-3960
8  Telephone: (202) 654-6200
   Facsimile: (202) 654-6211
9  MElias@perkinscoie.com
   EFrost@perkinscoie.com
10 JGeise@perkinscoie.com

11 Abha Khanna (WA# 42612)*
   PERKINS COIE LLP
12 1201 Third Avenue, Suite 4900
   Seattle, WA 98101-3099
13 Telephone: (206) 359-8000
   Facsimile: (206) 359-9000
14 AKhanna@perkinscoie.com

15 *Admitted Pro Hac Vice

16 Attorneys for Plaintiffs

UNITED STATES DISTRICT COURT

DISTRICT OF ARIZONA

| | |
|---|---|
| Brian Mecinas, et al., <br><br> Plaintiffs, <br><br> v. <br><br> Katie Hobbs, in her official capacity as the Arizona Secretary of State, <br><br> Defendant. | No. 19-cv-05547-DJH <br><br> **DECLARATION OF PLAINTIFF C.V.,** *ex rel.* **CAROLYN VASKO IN SUPPORT OF PLAINTIFFS' MOTION FOR PRELIMINARY INJUNCTION** |

I, C.V., according to 28 U.S.C. §1746, testify that:

1. My initials are C.V. I am competent to testify, and declare the following facts based on my own personal knowledge.

2. I am a resident of Glendale, Arizona, and am currently a senior at Sandra Day O'Connor High School.

3. I will turn eighteen years old in early 2020, and I plan to register to vote shortly thereafter. I plan to register as a Democrat. The November 2020 general election will be the first general election I am able to vote in, and I am excited to have the opportunity to have a voice in our democracy.

4. I have been interested in politics and advocacy for a long time. In 2014, my mother ran as a Democrat for a seat at the Arizona State Legislature. I have fond memories of helping out on her campaign—canvassing, passing out leaflets, and accompanying her to campaign events. From an early age, I've learned about the importance of civic engagement and have looked forward to the day when I am finally able to vote.

5. I plan to vote in the upcoming November 2020 general election. During that election, I plan to support Democratic candidates.

6. Recently, I found out that the Democratic candidates I support will start out with a disadvantage in Arizona elections. Under Arizona's Ballot Order Statute, A.R.S. §16-502(E), Republican candidates will be listed first on my 2020 ballot and all other ballots in Maricopa County, as well as a vast majority of ballots across the state. I understand that research has concluded that the candidate listed first gains an advantage in terms of vote share simply as a result of their being first. Because none of the candidates who I will support affiliate with the Republican Party, all will be placed at a disadvantage as a result of the Statute. To counteract this effect, more voters like me, who support Democratic candidates will have to turn out to vote for our candidates to win. This devalues my vote, simply because I support Democrats, as opposed to Republicans. It also

means that Democratic voters like myself have to work even harder to elect our candidates of choice than Republican voters who live in the same county that I do.

7. I take civic engagement seriously, and one of the basic tenets of fairness is that the state shouldn't favor one party over another, but should remain neutral and let voters decide fairly. The Ballot Order Statute tilts the playing field toward Republicans.

8. As a young American who eagerly awaits her first opportunity to vote in a major election, I hope this court can ensure that my vote counts just as much as a vote for a Republican candidate, and that candidates of both parties are treated equally and fairly.

I declare under penalty of perjury that the foregoing is true and correct.

Dated: November 14, 2019

_DocuSigned by:_
_Carrie Vaughn_
2FCBDB6979094C5...
C. v.