EXHIBIT 3

Sarah R. Gonski (# 032567)
PERKINS COIE LLP
2901 North Central Avenue, Suite 2000
Phoenix, Arizona 85012-2788
Telephone: (602) 351-8000
Facsimile: (602) 648-7000
SGonski@perkinscoie.com

Marc E. Elias (WDC# 442007)*
Elisabeth C. Frost (WDC# 1007632)*
John M. Geise (WDC# 1032700)*
PERKINS COIE LLP
700 Thirteenth Street NW, Suite 600
Washington, D.C. 20005-3960
Telephone: (202) 654-6200
Facsimile: (202) 654-6211
MElias@perkinscoie.com
EFrost@perkinscoie.com
JGeise@perkinscoie.com

Abha Khanna (WA# 42612)*
PERKINS COIE LLP
1201 Third Avenue, Suite 4900
Seattle, WA 98101-3099
Telephone: (206) 359-8000
Facsimile: (206) 359-9000
AKhanna@perkinscoie.com

*Admitted Pro Hac Vice

Attorneys for Plaintiff

UNITED STATES DISTRICT COURT

DISTRICT OF ARIZONA

| | |
|---|---|
| Brian Mecinas, et al., | No. 19-cv-05547-DJH |
| Plaintiffs, | |
| v. | **DECLARATION OF PLAINTIFF PATTI SERRANO IN SUPPORT OF PLAINTIFFS' MOTION FOR PRELIMINARY INJUNCTION** |
| Katie Hobbs, in her official capacity as the Arizona Secretary of State, | |
| Defendant. | |

I, Patti Serrano, according to 28 U.S.C. §1746, testify that:

1.  My full name is Martha Patricia Serrano, but I generally use the name Patti Serrano.  I am a legal adult, competent to testify, and declare the following facts based on my own personal knowledge.

2.  I am a lifelong Arizona resident and have been a registered Democratic voter in Maricopa County, Arizona since 2002.

3.  I regularly vote, and typically cast my vote for Democratic candidates. Beyond voting, I try to be an engaged citizen in my local political community. I volunteer with several local grassroots advocacy organizations, spend much of my free time advocating for issues I care about, and often attend political events.

4.  I plan to vote in next year's general election.  During that election, I again plan to support Democratic candidates.

5.  Recently, I became aware of the fact that my ballot in 2020—like a majority of ballots across Arizona—will list Republican candidates first for every partisan race. Because people disproportionately select the first-listed candidate, this gives Republicans a meaningful leg up over the other candidates, including the Democratic candidates that I will support. Arizona's Ballot Order Statute, A.R.S. §16-502(E), is responsible for this inequity.

6.  I feel that the Ballot Order Statute has grave implications for our elections. We've recently seen races become closer in Arizona, and offices are increasingly determined by ever-smaller margins of votes. The fact that Republicans receive a benefit of a couple percentage points right from the outset just because of ballot placement is incredibly frustrating. Our elections are supposed to be run in a non-partisan fashion, and shouldn't give preference to one party.

7.  As a Democratic voter and activist, I'm concerned that we will have to work harder and expend more resources to overcome the built-in advantage that Republicans have because of the Ballot Order Statute. The Ballot Order Statute dilutes my vote by making it relatively harder for me to elect candidates of my choice compared to

Republican voters, whose candidates already have a several percentage-point bump right out of the gate just from appearing first on the ballot.

8.      I'm a researcher at Arizona State University, and my chief professional responsibility is striving to produce clean, reliable data from which important results can be interpreted to help drive treatment decisions, prove efficacy of experimental interventions and/or contribute to a body of growing academic data towards creating evidence-based programs. Whenever we spot potential bias or a questionable variable that could potentially skew our data, we do our best to eliminate it. I feel that the same principles apply equally to Arizona's efforts to run clean and fair elections: now that we are all aware that ballot order has a real impact on elections that are unevenly tilted toward one party, the right thing for Arizona to do is to correct it.

I declare under penalty of perjury that the foregoing is true and correct.


Dated:   November 11, 2019


_Martha P Serrano_

Patti Serrano