# EXHIBIT 5

1 | Sarah R. Gonski (# 032567)
2 | PERKINS COIE LLP
  | 2901 North Central Avenue, Suite 2000
  | Phoenix, Arizona 85012-2788
3 | Telephone: (602) 351-8000
  | Facsimile: (602) 648-7000
4 | SGonski@perkinscoie.com

5 | Marc E. Elias (WDC# 442007)*
  | Elisabeth C. Frost (WDC# 1007632)*
6 | John M. Geise (WDC# 1032700)*
  | PERKINS COIE LLP
7 | 700 Thirteenth Street NW, Suite 600
  | Washington, D.C. 20005-3960
8 | Telephone: (202) 654-6200
  | Facsimile: (202) 654-6211
9 | MElias@perkinscoie.com
  | EFrost@perkinscoie.com
10 | JGeise@perkinscoie.com

11 | Abha Khanna (WA# 42612)*
  | PERKINS COIE LLP
12 | 1201 Third Avenue, Suite 4900
  | Seattle, WA 98101-3099
13 | Telephone: (206) 359-8000
  | Facsimile: (206) 359-9000
14 | AKhanna@perkinscoie.com

15 | *Admitted Pro Hac Vice

16 | Attorneys for Plaintiffs

UNITED STATES DISTRICT COURT

DISTRICT OF ARIZONA

| Brian Mecinas, *et al.*, | No. 2:19-cv-05547-DJH |
| Plaintiffs, | |
| v. | **DECLARATION OF RACHANA DESAI MARTIN IN SUPPORT OF PLAINTIFFS' MOTION FOR PRELIMINARY INJUNCTION** |
| Katie Hobbs, in her official capacity as the Arizona Secretary of State, | |
| Defendant. | |

I, Rachana Desai Martin, according to 28 U.S.C. § 1746 hereby state:

1.     My name is Rachana Desai Martin. I am over 18 years of age, am competent to testify, and declare the following facts based on my own personal knowledge.

2.     I am employed by the Democratic National Committee ("DNC"). The DNC is the national committee of the Democratic Party. Its mission is to elect local, state, and national candidates of the Democratic Party to public office, including in and from Arizona.

3.     I have been employed by the DNC since September 2018, when I was hired as the Director of Civic Engagement and Voter Protection. I have been serving as the DNC's Chief Operating Officer since February 2019, first in an interim capacity, and since April, in a permanent capacity. Prior to coming to work at the DNC, I was the Director of Voter Protection for the Nevada Democratic Party during the 2016 election. My duties in these positions have required me to become knowledgeable about political strategy related to local, state, and federal elections generally and in Arizona specifically, including when I worked as the DNC's Voter Protection Director, where I worked closely with the voter protection director in Arizona.

4.     The DNC works to accomplish its mission by, among other things, working closely with Democratic candidates and assisting state parties, providing Get Out the Vote ("GOTV") assistance, and actively supporting the development of programs benefiting Democratic Party candidates. The DNC has done and intends to continue doing all of these things in Arizona. The DNC also supports and participates in what is commonly referred to as the "coordinated campaign," in which it works collaboratively with the Arizona Democratic Party and other national Democratic committees to elect Democrats within the state up and down the ticket.

5.     In 2018-2019 alone the DNC invested nearly $700,000 in Arizona, all with the purpose of supporting Democratic candidates in Arizona elections. The DNC has also recently launched Organizing Corps 2020, a program that is recruiting and training organizers in several states, including Arizona. Other recent investments by the DNC in Arizona include purchasing over a million new cell phone numbers to reach and engage new voters; providing access to online events and organizing tools; supporting voter registration and GOTV efforts by deploying staff, providing data, texting, phone banking, and providing constituency-specific programming; providing a polling place locator

widget; providing in-person and web trainings to state party staff and volunteers; providing access to research trainings and resources; sharing voting rights toolkits; maintaining a national voter protection hotline and supporting Arizona's state hotline; and allowing the use of voter protection incident training software and other voter protection resources.

6.    In addition to the work that the DNC has done and plans to continue to do in Arizona to support Democratic candidates up and down the ticket, the DNC has seven members in Arizona and millions of constituents who affiliate with and consider themselves to be members of the Democratic Party.

7.    I have often heard that it is advantageous for a candidate to have the first position on the ballot. However, neither I nor the DNC were aware that that advantage could be proved by empirical evidence until 2018, when the DNC became aware of recent studies that detailed the effect in elections.

8.    Now that the research has established that ballot order has a substantial impact on elections, it is clear to me and the DNC that Arizona's ballot order statute, A.R.S. § 16-502(E) (the "Ballot Order Statute"), puts the DNC and the Democratic candidates it supports, as well as its membership and the voters among its membership and constituency, at a severe disadvantage.

9.    The Statute requires that, in every general election, all candidates who belong to the same political party as the gubernatorial candidate who won the most votes in that county during the last general election must be listed first for every race on that county's general election ballots.

10.    As a result of the 2018 gubernatorial election, in 2020 Republicans will be listed first on every general election ballot in all but four of Arizona's 15 counties. Those counties are home to over 80% of Arizona's total population.

11.    As a result, unless the Ballot Order Statute is enjoined, it will create a distinct advantage for virtually all Republicans running on the general election ticket in 2020, with the exception of a small number of down-ballot races that are exclusively confined to the four counties in which Democrats will be listed first.

12.     This advantage will be particularly significant in the 2020 election given the number of close races predicted in Arizona. At the federal level, Arizona is predicted to have multiple close congressional races as well as a highly competitive U.S. Senate election. At the state level, Republicans currently only enjoy a two-seat majority in the Arizona State House, the closest divide since 1966, opening up the very real prospect that majority control of the Arizona State House will be in reach for Democrats, if they are allowed to compete on an even playing field. Arizona is also expected to be a battleground state in the presidential race.

13.     Both the federal and state races in Arizona in 2020 will be meaningfully impacted by the Ballot Order Statute. In the U.S. congressional races, voters in six of Arizona's nine districts will see only Republican candidates listed first. The same is true for voters in 21 of Arizona's 30 state legislative districts. As for the U.S. Senate race, voters will be presented with ballots that list the Republican candidate for Senate first in all but four of Arizona's 15 counties; these counties are home to over 80% of Arizona's total population.

14.     Elections present constant and largely unique problems of resource management. In any given election cycle the DNC has a certain amount of money to spend to support Democrats and state parties across the country. Allocation decisions have to be made quickly and their consequences are monumental. Because elections take place on a date certain, if a decision is made not to spend money to support a candidate in any given race, that is not a decision that can be done over at any point in the future.

15.     The same is true of allocating resources to combat an elections law, like Arizona's Ballot Order Statute, that sets an unlevel playing field from the outset. Although the DNC was aware of research establishing the significance of ballot order elections in 2018, we had to make certain decisions about how to allocate our resources in advance of that election.

16.     In 2020, again, the DNC intends to dedicate significant resources to support the State Democratic Party and the election of Democratic candidates up and down the

ticket in Arizona. In addition to the electoral consequences discussed above, if the Ballot Order Statute is not enjoined, it will have significant impacts on the DNC's resources, in severe and irreparable ways.

17.    This is because, as a direct result of the Ballot Order Statute, the DNC will have to commit even more resources to supporting the State Democratic Party and the election of Democrats in Arizona than it would otherwise have to, to combat the ballot order effect that will give a systemic and arbitrary advantage to every single Republican candidate who runs for those seats.

18.    The DNC's voter members and constituents are also severely harmed by the Ballot Order Statute. This is because the Ballot Order Statute effectively gives Republican voters more voting power, and dilutes the relative strength of Democratic voters, because of the built-in advantage to the first-listed party.

19.    To address the injury to the DNC, its members and voter constituents, and the candidates it supports, and to ensure that Arizona's elections are not inherently skewed in favor of a single political party from the outset, the Arizona Secretary of State should be required to use a ballot order system that gives similarly situated candidates an equal opportunity to be listed first on the ballot. The optimal way to do this would be to rotate the Republican and Democratic candidates' names so that each appears in the first position on an equal number of ballots. But, in any event, Arizona should be required to use a system that makes it so that candidates from similarly situated parties have an equal opportunity to be listed first on the ballot in any given election.

20.    Arizona already uses similar forms of rotation in numerous electoral instances, undoubtedly to combat the effects of position bias. In primary elections, for example, candidate names are rotated so that each candidate's name appears an equal number of times in each ballot position. Similarly, Arizona law provides for equal rotation among candidates who belong to the same political party when they run for the same position in general elections. In this way, Arizona ensures that the ballot order effect does not skew the results of those elections.

21.     Arizona should be required to do the same in the general election, when Arizonans choose among candidates of different political parties to elect the people who will ultimately represent them and their interests in public office.

I declare under penalty of perjury that the foregoing is true and correct.

Executed on   November 15, 2019

DocuSigned by:

*Rachana Desai Martin*

5EDFEAE173814E3...

Rachana Desai Martin