# UNITED STATES DISTRICT COURT
# DISTRICT OF ARIZONA

| | |
|---|---|
| Brian Mecinas, *et al.*; <br><br> Plaintiffs, <br><br> v. <br><br> Katie Hobbs, in her official capacity as Arizona Secretary of State, <br><br> Defendant. | No. 19-cv-05547-DJH <br><br> **[PROPOSED] ORDER GRANTING PLAINTIFFS' MOTION FOR PRELIMINARY INJUNCTION** |

Plaintiffs Brian Mecinas, C.V., *ex rel*. Carolyn Vasko, Patti Serrano, DNC Services Corp., d/b/a Democratic National Committee (the "DNC"), DSCC, and Priorities USA have moved to enjoin A.R.S. § 16-502(E) (the "Ballot Order Statute") for violations of the First and Fourteenth Amendments. Having considered the parties' pleadings, arguments of counsel, and the record in this case, the Court finds that Plaintiffs have demonstrated both a strong likelihood of success on the merits and that, absent an injunction, they face immediate, irreparable injury from the Ballot Order Statute. Good cause thus appearing, the Court hereby **GRANTS** the motion and orders the following:

1. It is **HEREBY ORDERED** that Plaintiffs' Motion for Preliminary Injunction is **GRANTED**;

2. Defendant, her officers, agents, servants, employees, and all persons in active concert or participation with them are **ENJOINED** from taking any action to enforce, or implement the Ballot Order Statute;

3. Defendant, her officers, agents, servants, employees, and all persons in active concert or participation with them are **ORDERED** to implement a non-discriminatory name rotation system that gives similarly-situated major-party candidates an equal opportunity to be placed first on the ballot.

4. No person who has notice of this injunction shall fail to comply with it, nor shall any person subvert the injunction by sham, indirection or other artifice.

5. The bond requirement is hereby **WAIVED**.

6. This injunction will go into effect immediately and shall remain in effect pending further order from this Court.

**IT IS SO ORDERED**.