Mary R. O'Grady, 011434
Kimberly I. Friday, 035369
Emma J. Cone-Roddy, 034285
OSBORN MALEDON, P.A.
2929 North Central Avenue
21st Floor
Phoenix, Arizona 85012-2793
(602) 640-9000
mogrady@omlaw.com
kfriday@omlaw.com
econe-roddy@omlaw.com

Attorneys for Katie Hobbs

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF ARIZONA

| | |
|---|---|
| Brian Mecinas; C.V., ex rel. Carolyn Vasko; DNC Services Corp., d/b/a Democratic National Committee; DSCC; and Priorities USA,<br><br>Plaintiff,<br><br>vs.<br><br>Katie Hobbs, in her official capacity as the Arizona Secretary of State,,<br><br>Defendant. | No. 2:19-cv-05547-DJH<br><br>**NOTICE OF APPEARANCE OF ADDITIONAL COUNSEL** |

Defendant Arizona Secretary of State ("Secretary") provides notice that in addition to existing counsel, Defendant Arizona Secretary of State will also be represented by the following attorneys from Osborn Maledon, P.A.: Mary R. O'Grady, Kimberly I. Friday and Emma J. Cone-Roddy.

It is hereby requested that notices of all proceedings and copies of all pleadings in the above-entitled proceeding also be served as follows:

> Mary R. O'Grady
> Kimberly I. Friday
> Emma J. Cone-Roddy
> OSBORN MALEDON, P.A.
> 2929 North Central Avenue, Suite 2100
> Phoenix, Arizona 85012-2793

1
2
3
4
5
6
7
8
9
10
11
12
13
14
15
16
17
18
19
20
21
22
23
24
25
26
27
28

                (602) 640-9000
                mogrady@omlaw.com
                kfriday@omlaw.com
                econe-roddy@omlaw.com

DATED this 16th day of December, 2019.

                                      OSBORN MALEDON, P.A.

                            By    s/ Mary O'Grady
                                    Mary O'Grady
                                    Kimberly I. Friday
                                    Emma Cone-Roddy
                                    2929 North Central Avenue
                                    21st Floor
                                    Phoenix, Arizona  85012-2793
                                    Attorneys for Katie Hobbs