# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF ARIZONA

| | |
|---|---|
| Brian Mecinas, et al., | No. CV-19-05547-PHX-DJH |
| Plaintiffs, | **ORDER** |
| v. | |
| Katie Hobbs, | |
| Defendant. | |

This matter is before the Court on the parties' Joint Proposed Scheduling Report (Doc. 22) and Defendant's Motion for Extension of Time to file a Response to the Motion for Preliminary Injunction (Doc. 18). A scheduling hearing is set for December 17, 2019. (Doc. 20). Based on the information provided in the Scheduling Report, the Court will vacate the hearing and set relevant deadlines herein.

Plaintiffs filed a Motion for Preliminary Injunction on November 18, 2019.[1] (Doc. 14). Defendant's Response was due on December 2, 2019. Defendant requests a 90-day extension to file her Response in order to retain experts to rebut Plaintiffs' two expert reports.[2] (Doc. 18). Plaintiffs are amenable to an extension, but argue that a 90-day extension is too long. Plaintiffs propose that Defendant be given until January 20, 2020 to

---

[1] Plaintiffs filed their Complaint on November 1, 2019 (Doc. 1) and filed their Motion for Preliminary Injunction nearly three weeks later.

[2] Although the Motion for Preliminary Injunction has been pending since November 18, 2019, Defendant states in the December 16, 2019 Report that she has researched "nearly a dozen potential experts who have relevant expertise and experience, but has not yet retained an expert." (Doc. 22 at 4).

file her Response. (Doc. 22 at 3). The Court finds Plaintiffs' proposed briefing schedule to be reasonable in light of the information provided in the Joint Report. The parties also agree that discovery in this matter, if any, will be limited in nature and need not begin until after a hearing on the Motion for Preliminary Injunction. Therefore, the Court will not set all discovery deadlines at this time.

Accordingly,

**IT IS HEREBY ORDERED** that Defendant's Motion for Extension of Time (Doc. 18) is **granted in part**. Defendant's Response shall be filed by **January 20, 2020**. Defendant's rebuttal expert reports shall be filed by **January 20, 2020.** Plaintiffs shall file their Reply and any rebuttal expert reports by **February 3, 2020**. Plaintiffs may file limited rebuttal expert reports to rebut evidence presented by Defendant. However, Plaintiffs may not submit new arguments or evidence for the first time with their Reply brief. *See Zamani v. Carnes,* 491 F.3d 990, 997 (9th Cir. 2007) ("The district court need not consider arguments raised for the first time in a reply brief.").

**IT IS FURTHER ORDERED** that the Court will set a hearing on the Motion for Preliminary Injunction (Doc. 14) on **March 5, 2020 at 9:30 a.m.** If necessary, the parties shall complete witness lists and number and mark exhibits in accordance with the instructions found at www.azd.uscourts.gov under Standard Forms Used by All Phoenix Judges. The parties shall exchange marked copies of witness lists and exhibits to be used at Oral Argument no later than one week prior to the hearing. Any witness not disclosed or exhibit not marked and exchanged by this deadline will be precluded at Oral Argument.

**IT IS FINALLY ORDERED** that the Scheduling Conference set for **December 17, 2019** (Doc. 20) is hereby **vacated**.

Dated this 16th day of December, 2019.

Honorable Diane J. Humetewa
United States District Judge