1  Sarah R. Gonski (Bar No. 032567)
   **PERKINS COIE LLP**
2  2901 North Central Avenue, Suite 2000
   Phoenix, Arizona 85012-2788
3  Telephone:  (602) 351-8000
   Facsimile:   (602) 648-7000
4  SGonski@perkinscoie.com

5  Marc E. Elias (WDC Bar No. 442007)*
   Elisabeth C. Frost (WDC Bar No. 1007632)*
6  John M. Geise (WDC Bar No. 1032700)*
   **PERKINS COIE LLP**
7  700 Thirteenth Street NW, Suite 600
   Washington, D.C. 20005-3960
8  Telephone:  (202) 654-6200
   Facsimile:   (202) 654-6211
9  MElias@perkinscoie.com
   EFrost@perkinscoie.com
10 JGeise@perkinscoie.com

11 Abha Khanna (WA Bar No. 42612)*
   **PERKINS COIE LLP**
12 1201 Third Avenue, Suite 4900
   Seattle, WA 98101-3099
13 Telephone: (206) 359-8000
   Facsimile: (206) 359-9000
14 AKhanna@perkinscoie.com

15 *Admitted Pro Hac Vice*

16 Attorneys for Plaintiffs

17                    UNITED STATES DISTRICT COURT

18                         DISTRICT OF ARIZONA

19  Brian Mecinas, *et al.*,                    No. 19-cv-05547-PHX-DJH

20            Plaintiffs,                        **PLAINTIFFS' NOTICE OF
                                                 SUPPLEMENTAL AUTHORITY
21            v.                                 IN SUPPORT OF RESPONSE IN
                                                 OPPOSITION TO DEFENDANT'S
22  Katie Hobbs, in her official capacity as the  MOTION TO DISMISS**
    Arizona Secretary of State,
23
              Defendant.
24

25

26

27

28

In support of their response in opposition to the Secretary's Motion to Dismiss (Doc. 27) ("Mot. to Dismiss"), Plaintiffs respectfully submit the attached Memorandum Opinion issued on January 27, 2020 in *Democratic National Committee v. Hobbs*, No. 18-15845 (9th Cir. Jan. 27, 2020) (en banc). *See* Exhibit A. In *Hobbs*, the Democratic National Committee ("DNC"), DSCC, and Arizona Democratic Party were among several plaintiffs that brought suit challenging two Arizona election laws based on injuries suffered by the Democratic Party and its voters as a result of the implementation of those laws. The Ninth Circuit found, en banc, that both challenged laws violated the Voting Rights Act ("VRA").

Although the case presently before this Court does not involve claims brought under the VRA, the decision in *Hobbs* is of relevance to the Secretary's argument that *Common Cause v. Rucho*, 139 S. Ct. 2484 (2019), renders non-justiciable cases that challenge election laws that "benefit[] partisan interests." Mot. to Dismiss at 13; *see also* Resp. In Opp. to Mot. to Dismiss at 15-17 (Doc. 27). One of the laws at issue in *Hobbs* was an Arizona law that prohibited collection and delivery of voted absentee ballots. The Ninth Circuit's conclusion that the ballot collection law was unlawful repeatedly recognized that it benefitted partisan interests. *See, e.g*., slip op. at 23 (noting district court found Republican Party, unlike Democratic Party, had not significantly engaged in ballot collection as a get out the vote ("GOTV") strategy, and that ballot collection had traditionally been predominately used to enable voters who were not part of Republican base to vote by absentee ballot); *id*. at 83 (same); *see also id*. at 25 (finding "Democrats and Hispanic leaders have seen reason to favor [ballot collection], Republicans have not").

The opinion was issued by a divided Ninth Circuit en banc court seven months to the day after the Supreme Court issued its decision in *Rucho*, however, neither the majority nor the dissents evidenced any concern that the challenge to the law was nonjusticiable because it "has the effect of benefitting partisan interests." Mot. to Dismiss at 13. The partisan ramifications of the law were simply another feature of the law, that in no way hindered the court's ability to evaluate and decide the partisan plaintiffs' claims on the merits.

1

2    Dated:  January 29, 2020                      */s Sarah R. Gonski*
                                                   Sarah R. Gonski (Bar No. 032567)
3                                                  **PERKINS COIE LLP**
                                                   2901 North Central Avenue, Suite 2000
4                                                  Phoenix, Arizona 85012-2788
                                                   Telephone:  (602) 351-8000
5                                                  Facsimile:   (602) 648-7000
                                                   SGonski@perkinscoie.com
6
                                                   Marc E. Elias (WDC Bar No. 442007)*
7                                                  Elisabeth C. Frost (WDC Bar No. 1007632)*
                                                   John M. Geise (WDC Bar No. 1032700)*
8                                                  **PERKINS COIE LLP**
                                                   700 Thirteenth Street NW, Suite 600
9                                                  Washington, D.C. 20005-3960
                                                   Telephone:  (202) 654-6200
10                                                 Facsimile:   (202) 654-6211
                                                   MElias@perkinscoie.com
11                                                 EFrost@perkinscoie.com
                                                   JGeise@perkinscoie.com
12
                                                   Abha Khanna (WA Bar No. 42612)*
13                                                 **PERKINS COIE LLP**
                                                   1201 Third Avenue, Suite 4900
14                                                 Seattle, Washington 98101-3099
                                                   Telephone:  (206) 359-8000
15                                                 Facsimile:   (206) 359-9000
                                                   AKhanna@perkinscoie.com
16
                                                   *Attorneys for Plaintiffs*
17

18

19

20

21

22

23

24

25

26

27

28

1

**CERTIFICATE OF SERVICE**

2       I hereby certify that on January 29, 2020, I electronically transmitted the attached

3   document to the Clerk's Office using the ECF System for filing and transmittal of a Notice

4   of Electronic Filing to the ECF registrants.

5

6                                         _/s Michelle DePass_____

7

8

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28