Sarah R. Gonski (Bar No. 032567)
**PERKINS COIE LLP**
2901 North Central Avenue, Suite 2000
Phoenix, Arizona 85012-2788
Telephone: (602) 351-8000
Facsimile: (602) 648-7000
SGonski@perkinscoie.com

Marc E. Elias (WDC Bar No. 442007)*
Elisabeth C. Frost (WDC Bar No. 1007632)*
John M. Geise (WDC Bar No. 1032700)*
**PERKINS COIE LLP**
700 Thirteenth Street NW, Suite 600
Washington, D.C. 20005-3960
Telephone: (202) 654-6200
Facsimile: (202) 654-6211
MElias@perkinscoie.com
EFrost@perkinscoie.com
JGeise@perkinscoie.com

Abha Khanna (WA Bar No. 42612)*
**PERKINS COIE LLP**
1201 Third Avenue, Suite 4900
Seattle, WA 98101-3099
Telephone: (206) 359-8000
Facsimile: (206) 359-9000
AKhanna@perkinscoie.com

*Admitted Pro Hac Vice*

*Attorneys for Plaintiffs*

UNITED STATES DISTRICT COURT

DISTRICT OF ARIZONA

| | |
|---|---|
| Brian Mecinas, *et al.*, <br><br> Plaintiffs, <br><br> v. <br><br> Katie Hobbs, in her official capacity as the Arizona Secretary of State, <br><br> Defendant. | No. 19-cv-05547-PHX-DJH <br><br> **JOINT NOTICE REGARDING MARCH 5, 2020 PRELIMINARY INJUNCTION HEARING AND ORAL ARGUMENT ON MOTION TO DISMISS** |

In preparation for the March 5, 2020 hearing which the Court has set to hear (1) argument and evidence regarding Plaintiffs' preliminary injunction (Doc. 24), and (2) argument regarding Defendant's motion to dismiss (Doc. 38), the parties have met and conferred regarding scheduling for the hearing and submit the following proposal for the Court's consideration, subject to any guidance or clarification the Court may have as to the timing and structure of the hearing.

The parties recognize that the proposal below contemplates approximately seven hours for the presentation of argument and evidence on the various motions, which may or may not comport with the Court's expectations and availability. The parties further note that while their respective witnesses have limited availability beyond March 5, 2020, counsel is available and at the Court's disposal on both March 4 and March 6, should the Court require additional time to hear argument. The parties intend to submit final witness and exhibit lists on or before February 28, 2020, consistent with the Court's Order (Doc. 38).

**Opening Statements:**

Given the nature of this case and the extensive briefing already conducted, the parties believe only minimal opening statements are needed to introduce the evidence and testimony to be presented over the course of the hearing. The parties propose a limitation of 5-10 minutes for each side's opening statement.

**Potential Witnesses:**

Plaintiffs anticipate calling, at most, two expert witnesses and one fact witness. Defendant anticipates calling, at most, one expert witness and one fact witness. The parties anticipate that there will be approximately 6 hours of witness testimony in total, including direct and cross examination.

The parties further agree that the Court may consider the materials submitted in support of or opposition to the pending motions as if they were admitted through witness testimony at the hearing.

**Argument**:

The parties request that Defendant and Plaintiffs each be granted 30 minutes for argument in total on both Defendant's motion to dismiss and Plaintiffs' motion for preliminary injunction.

The parties welcome any further guidance from the Court as to the structure, timing, and scope of the hearing. The parties are also available for a telephonic conference should the Court wish to discuss any scheduling matters noted herein.

Dated:  February 21, 2020

Respectfully submitted,

 */s     Sarah R. Gonski*
Sarah R. Gonski (Bar No. 032567)
**PERKINS COIE LLP**
2901 North Central Avenue, Suite 2000
Phoenix, Arizona 85012-2788
Telephone:  (602) 351-8000
Facsimile:   (602) 648-7000
SGonski@perkinscoie.com

Marc E. Elias (WDC Bar No. 442007)*
Elisabeth C. Frost (WDC Bar No. 1007632)*
John M. Geise (WDC Bar No. 1032700)*
**PERKINS COIE LLP**
700 Thirteenth Street NW, Suite 600
Washington, D.C. 20005-3960
Telephone:  (202) 654-6200
Facsimile:   (202) 654-6211
MElias@perkinscoie.com
EFrost@perkinscoie.com
JGeise@perkinscoie.com

Abha Khanna (WA Bar No. 42612)*
**PERKINS COIE LLP**
1201 Third Avenue, Suite 4900
Seattle, Washington 98101-3099
Telephone:  (206) 359-8000
Facsimile:   (206) 359-9000
AKhanna@perkinscoie.com

*Attorneys for Plaintiffs*

OSBORN MALEDON, PA

*s/ Mary R. O'Grady* (with permission)
Mary R. O'Grady (011434)
Kimberly I. Friday (035369)
Emma J. Cone-Roddy (034285)
OSBORN MALEDON, P.A.
2929 North Central Avenue, Suite 2100
Phoenix, Arizona 85012–2793
(602) 640-9000


MARK BRNOVICH
ATTORNEY GENERAL

Linley Wilson (027040)
Deputy Solicitor General
Kara Karlson (029407)
Assistant Attorney General
2005 North Central Avenue
Phoenix, AZ  85004-1592
(602) 542-4951

*Attorneys for Defendant Arizona Secretary of State Katie Hobbs*

**CERTIFICATE OF SERVICE**

I hereby certify that on Friday, February 21, 2020, I electronically transmitted the attached document to the Clerk's Office using the ECF System for filing and transmittal of a Notice of Electronic Filing to the ECF registrants.

                                              */s  Michelle DePass*