Mark Brnovich
Attorney General
Firm Bar No. 14000

Linley Wilson (027040)
Kara Karlson (029407)
Dustin D. Romney (034728)
Assistant Attorneys General
2005 North Central Avenue
Phoenix, AZ 85004-1592
(602) 542-4951
linley.wilson@azag.gov
kara.karlson@azag.gov
dustin.romney@azag.gov
adminlaw@azag.gov


Mary R. O'Grady (011434)
Kimberly I. Friday (035369)
Emma J. Cone-Roddy (034285)
OSBORN MALEDON, P.A.
2929 North Central Avenue, Suite 2100
Phoenix, Arizona 85012–2793
(602) 640-9000
mogrady@omlaw.com
kfriday@omlaw.com
econe-roddy@omlaw.com

*Attorneys for Defendant Arizona Secretary of State Katie Hobbs*

**IN THE UNITED STATES DISTRICT COURT**

**FOR THE DISTRICT OF ARIZONA**

| | |
|---|---|
| Brian Mecinas, et al.,<br><br>                 Plaintiffs,<br><br>v.<br><br>Katie Hobbs, in her official capacity as Arizona Secretary of State,<br><br>                 Defendant. | Case No: CV-19-05547-PHX-DJH<br><br>**DEFENDANT'S NOTICE OF WITNESSES AND EXHIBITS** |

Defendant, Arizona Secretary of State Katie Hobbs (the "Secretary") submits her list of exhibits and witnesses to be relied on at the hearing on the Secretary's Motion to Dismiss and Plaintiff's motion for preliminary injunction scheduled for March 4-5, 2020. Sean P. Trende will be the Secretary's only witness. The Secretary's exhibits are listed in the table below together with the pages to be relied on by Mr. Trende in compliance with this Court's order. In the event evidence arises, of which counsel was not previously aware, the Secretary will promptly submit other exhibits as necessary.

**EXHIBITS**

| Exhibit No. | Description | Pages |
|---|---|---|
| 101 | Expert Report of Sean P. Trende, January 20, 2020; Critique of Dr. Rodden's Expert Report | 2-7 (credentials), 8-10, 13-18, 20, 23-24, 27-31 |
| 102 | Second Expert Report of Sean P. Trende (Sur-Reply), February 21, 2020 | 1-26, 28-32, 35-36 |
| 103 | Declaration of Dr. Eric Coomer, January 20, 2020; Describing the process to change certain voting machines to accommodate name rotation on ballots | 2-3 |
| 104 | Alberto Abadie, Susan Athey, Guido Imbens, and Jeffrey Wooldridge, "When Should You Adjust Standard Errors for Clustering?" National Bureau of Economic Research Working Paper No. 24003, issued November 2017 | 2, 17 |
| 105 | Robert S. Erikson & Lorraine C. Minnite, "Modeling Problems in the Voter Identification – Voter Turnout Debate," 8 Election Law Journal 85 (2009) | 85, 87-89, 92, 98 |

The Secretary may also rely on any exhibits listed by Plaintiffs, including the expert report of Dr. Jonathan Rodden. To the extent Mr. Trende relies Dr. Rodden's original expert report, he currently intends to use pages 10, 14, and 18.[1] Depending on the events at the hearing, the Secretary reserves the right to use or refer to any exhibits or filings from either party.

---

[1] Based on the Secretary's understanding that Plaintiffs intend to list all four of their expert reports from Dr. Rodden and Dr. Krosnick, the Secretary has not listed those exhibits here to avoid duplicates. See District Court Memorandum Re: Listing and Marking of Exhibits.

1 | Respectfully submitted this 28th day of February, 2020.

                                           s/ *Dustin D. Romney*
                                           Linley Wilson (027040)
                                           Kara Karlson (029407)
                                           Dustin D. Romney (034728)
                                           Assistant Attorneys General
                                           2005 North Central Avenue
                                           Phoenix, AZ 85004-1592
                                           (602) 542-4951

                                           Mary R. O'Grady (011434)
                                           Kimberly I. Friday (035369)
                                           Emma J. Cone-Roddy (034285)
                                           OSBORN MALEDON, P.A.
                                           2929 North Central Avenue, Suite 2100
                                           Phoenix, Arizona 85012–2793
                                           (602) 640-9000

                                           *Attorneys for Defendant Arizona*
                                           *Secretary of State Katie Hobbs*

|   |   |
|---|---|
| 1 | **CERTIFICATE OF SERVICE** |
| 2 | The foregoing was e-filed with the Clerk of the Federal Court for the District of Arizona |
| 3 | using the CM/ECF System on February 28, 2020. |
| 4 | |
| 5 | Copy emailed this same day to: |

Sarah R. Gonski (# 032567)
PERKINS COIE LLP
2901 North Central Avenue, Suite 2000
Phoenix, Arizona 85012-2788
Telephone: 602.351.8000
Facsimile: 602.648.7000
SGonski@perkinscoie.com

Elisabeth C. Frost (WDC# 1007632)*
Uzoma N. Nkwonta (WDC# 975323)*
PERKINS COIE LLP
700 Thirteenth Street NW, Suite 600
Washington, D.C. 20005-3960
Telephone: 202.654.6200
Facsimile: 202.654.6211
EFrost@perkinscoie.com
UNkwonta@perkinscoie.com


/s/ Dustin Romney