Sarah R. Gonski (Bar No. 032567)
**PERKINS COIE LLP**
2901 North Central Avenue, Suite 2000
Phoenix, Arizona 85012-2788
Telephone: (602) 351-8000
Facsimile: (602) 648-7000
SGonski@perkinscoie.com

Marc E. Elias (WDC Bar No. 442007)*
Elisabeth C. Frost (WDC Bar No. 1007632)*
John M. Geise (WDC Bar No. 1032700)*
**PERKINS COIE LLP**
700 Thirteenth Street NW, Suite 800
Washington, D.C. 20005-3960
Telephone: (202) 654-6200
Facsimile: (202) 654-6211
MElias@perkinscoie.com
EFrost@perkinscoie.com
JGeise@perkinscoie.com

Abha Khanna (WA Bar No. 42612)*
**PERKINS COIE LLP**
1201 Third Avenue, Suite 4900
Seattle, WA 98101-3099
Telephone: (206) 359-8000
Facsimile: (206) 359-9000
AKhanna@perkinscoie.com

*Admitted Pro Hac Vice*

*Attorneys for Plaintiffs*

# UNITED STATES DISTRICT COURT
## DISTRICT OF ARIZONA

| | |
|---|---|
| Brian Mecinas, *et al.*,<br><br>  Plaintiffs,<br><br>v.<br><br>Katie Hobbs, in her official capacity as the Arizona Secretary of State,<br><br>  Defendant. | No. 19-cv-05547-PHX-DJH<br><br>**PLAINTIFF'S NOTICE REGARDING WITNESS AND EXHIBIT LISTS FOR PRELIMINARY INJUNCTION HEARING** |

1  Pursuant to the Court's February 24, 2020 Order (Doc. 42), Plaintiffs submit their Witness List (Attachment 1) and Exhibit List (Attachment 2). Attachments 3-6 to this Notice are the four exhibits listed in Attachment 2. These exhibits have been numbered and marked according to the Court's December 16, 2019 Order (Doc. 24), and Plaintiffs will supply the Court with physical copies of the exhibits on Monday March 2, 2020. Plaintiffs reserve the right to rely on any exhibits listed by the Secretary, include the reports filed by Sean Trende. Plaintiffs also reserve the right to identify and rely upon impeachment or rebuttal exhibits depending on the evidence introduced at the hearing.[1]

Further, pursuant to the Court's February 24, 2020 Order, Plaintiffs note that Plaintiffs' witness Dr. Jon Krosnick intends to testify regarding Exhibits 1 and Exhibits 2. Specifically, Dr. Krosnick intends to testify regarding the conclusions contained on page 3 of Exhibit 1, which are described in more detail at pages 7-43 of Exhibit 1. Dr. Krosnick also intends to testify to pages 3-9 of Exhibit 2. Dr. Jonathan Rodden intends to testify regarding the conclusions contained on page 4-6 of Exhibit 3, which are described in more detail at pages 8-40 of Exhibit 3. Dr. Rodden also intends to testify to pages 3-26 of Exhibit 4.

Finally, Plaintiffs note for the Court that, due to witness scheduling limitations, the parties intend to present argument on both the preliminary injunction motion and motion to dismiss at the beginning of the hearing on Wednesday, with witness testimony to follow thereafter on Wednesday and Thursday, including time for rebuttal testimony. This agreement is of course subject to any guidance or clarification from the Court.

---

[1] The parties have agreed that the Court may rely on and consider all documents filed on the docket in support of and in opposition to Plaintiffs' motion for a preliminary injunction, including the affidavits filed at Docs. 14-2, 14-3, 14-4, 14-5, and 14-6.

| | | |
|---|---|---|
| 1 | | Respectfully submitted, |
| 2 | Dated: February 28, 2020 | */s     Sarah R. Gonski* |
| | | Sarah R. Gonski (Bar No. 032567) |
| 3 | | **PERKINS COIE LLP** |
| | | 2901 North Central Avenue, Suite 2000 |
| 4 | | Phoenix, Arizona 85012-2788 |
| | | Telephone: (602) 351-8000 |
| 5 | | Facsimile: (602) 648-7000 |
| | | SGonski@perkinscoie.com |

Marc E. Elias (WDC Bar No. 442007)*
Elisabeth C. Frost (WDC Bar No. 1007632)*
John M. Geise (WDC Bar No. 1032700)*
**PERKINS COIE LLP**
700 Thirteenth Street NW, Suite 800
Washington, D.C. 20005-3960
Telephone: (202) 654-6200
Facsimile: (202) 654-6211
MElias@perkinscoie.com
EFrost@perkinscoie.com
JGeise@perkinscoie.com

Abha Khanna (WA Bar No. 42612)*
**PERKINS COIE LLP**
1201 Third Avenue, Suite 4900
Seattle, Washington 98101-3099
Telephone: (206) 359-8000
Facsimile: (206) 359-9000
AKhanna@perkinscoie.com

*Attorneys for Plaintiffs*

**CERTIFICATE OF SERVICE**

I hereby certify that on Friday, February 28, 2020, I electronically transmitted the attached document to the Clerk's Office using the ECF System for filing and transmittal of a Notice of Electronic Filing to the ECF registrants.

                                                */s  Michelle DePass*