**UNITED STATES DISTRICT COURT**

**DISTRICT OF ARIZONA**

**CIVIL WITNESS LIST**

\_\_\_ **Preliminary Injunction**    \_\_\_ **TRO**    \_\_\_\_ **Non-Jury Trial**    \_\_\_ **Jury Trial**

**Case Number** _____        **Judge Code** <sup>DJH</sup> \_\_\_        **Date** _____

_____ vs. _____

\_\_\_ Plaintiff/Petitioner              \_\_\_ Defendant/Respondent

| NAME | SWORN | APPEARED |
|---|---|---|
|  |  |  |
|  |  |  |
|  |  |  |
|  |  |  |
|  |  |  |
|  |  |  |
|  |  |  |
|  |  |  |
|  |  |  |
|  |  |  |