Sarah R. Gonski (Bar No. 032567)
**PERKINS COIE LLP**
2901 North Central Avenue, Suite 2000
Phoenix, Arizona 85012-2788
Telephone: (602) 351-8000
Facsimile: (602) 648-7000
SGonski@perkinscoie.com

Marc E. Elias (WDC Bar No. 442007)*
Elisabeth C. Frost (WDC Bar No. 1007632)*
Jacki L. Anderson (WDC Bar No. 1531821)*
John M. Geise (WDC Bar No. 1032700)*
**PERKINS COIE LLP**
700 Thirteenth Street NW, Suite 600
Washington, D.C. 20005-3960
Telephone: (202) 654-6200
Facsimile: (202) 654-6211
MElias@perkinscoie.com
EFrost@perkinscoie.com
JackiAnderson@perkinscoie.com
JGeise@perkinscoie.com

Abha Khanna (WA Bar No. 42612)*
**PERKINS COIE LLP**
1201 Third Avenue, Suite 4900
Seattle, WA 98101-3099
Telephone: (206) 359-8000
Facsimile: (206) 359-9000
AKhanna@perkinscoie.com

**Admitted Pro Hac Vice*

*Attorneys for Plaintiffs*

UNITED STATES DISTRICT COURT

DISTRICT OF ARIZONA

| | |
|---|---|
| Brian Mecinas, *et al.*,<br><br>Plaintiffs,<br><br>v.<br><br>Katie Hobbs, in her official capacity as the Arizona Secretary of State,<br><br>Defendant. | No. 19-cv-05547-PHX-DJH<br><br>**JOINT STATEMENT IN RESPONSE TO COURT'S JUNE 2, 2020 ORDER** |

On June 2, 2020, the Court issued a text order requesting that the parties file a joint statement by noon on Monday, June 8, 2020, as to whether they agree that the hearings and argument before the Court that took place on March 4, March 5, and March 10, 2020, constituted a trial on the merits pursuant to Fed. R. Civ. Pro. 65(a)(2). The parties have met and conferred and agree that those proceedings did not constitute a trial on the merits.

Respectfully submitted,

Dated: June 8, 2020

*/s Sarah R. Gonski*

Sarah R. Gonski (Bar No. 032567)
**PERKINS COIE LLP**
2901 North Central Avenue, Suite 2000
Phoenix, Arizona 85012-2788
Telephone: (602) 351-8000
Facsimile: (602) 648-7000
SGonski@perkinscoie.com

Marc E. Elias (WDC Bar No. 442007)*
Elisabeth C. Frost (WDC Bar No. 1007632)*
Jacki L. Anderson (WDC No. 1531821)*
John M. Geise (WDC Bar No. 1032700)*
**PERKINS COIE LLP**
700 Thirteenth Street NW, Suite 600
Washington, D.C. 20005-3960
Telephone: (202) 654-6200
Facsimile: (202) 654-6211
MElias@perkinscoie.com
EFrost@perkinscoie.com
JackiAnderson@perkinscoie.com
JGeise@perkinscoie.com

Abha Khanna (WA Bar No. 42612)*
**PERKINS COIE LLP**
1201 Third Avenue, Suite 4900
Seattle, Washington 98101-3099
Telephone: (206) 359-8000
Facsimile: (206) 359-9000
AKhanna@perkinscoie.com

*Attorneys for Plaintiffs*

*/s Kara Karlson*_________
Kara Karlson (Bar No. 029407)
Linley Wilson (Bar No. 027040)
Dustin Romney (Bar No. 034278)
Assistant Attorneys General
ARIZONA ATTORNEY GENERAL'S OFFICE
2005 N. Central Ave.
Phoenix, Arizona 85004-1592
Telephone: 602.542.8323
Facsimile: 602.542.4385
Kara.Karlson@azag.gov
Linley.Wilson@azag.gov
Dustin.Romney@azag.gov

Mary R. O'Grady (Bar No. 011434)
Kimberly I. Friday (Bar No. 035369)
Emma J. Cone-Roddy (Bar No. 034285)
OSBORN MALEDON, P.A.
2929 North Central Ave., Suite 2100
Phoenix, Arizona 85012-2793
602.240.9000

*Attorneys for Defendant Arizona Secretary of State Katie Hobbs*

**CERTIFICATE OF SERVICE**

I hereby certify that on Monday, June 08, 2020, I electronically transmitted the attached document to the Clerk's Office using the ECF System for filing and transmittal of a Notice of Electronic Filing to the ECF registrants.

*/s Michelle DePass*