Sarah R. Gonski (Bar No. 032567)
Austin Yost (Bar No. 034602)
**PERKINS COIE LLP**
2901 North Central Avenue, Suite 2000
Phoenix, Arizona 85012-2788
Telephone: (602) 351-8000
Facsimile: (602) 648-7000
SGonski@perkinscoie.com
AYost@perkinscoie.com

Marc E. Elias (WDC Bar No. 442007)*
Elisabeth C. Frost (WDC Bar No. 1007632)*
Jacki L. Anderson (WDC Bar No. 1531821)*
John M. Geise (WDC Bar No. 1032700)*
**PERKINS COIE LLP**
700 Thirteenth Street NW, Suite 600
Washington, D.C. 20005-3960
Telephone: (202) 654-6200
Facsimile: (202) 654-6211
MElias@perkinscoie.com
EFrost@perkinscoie.com
JackiAnderson@perkinscoie.com
JGeise@perkinscoie.com

Abha Khanna (WA Bar No. 42612)*
**PERKINS COIE LLP**
1201 Third Avenue, Suite 4900
Seattle, WA 98101-3099
Telephone: (206) 359-8000
Facsimile: (206) 359-9000
AKhanna@perkinscoie.com

*Admitted Pro Hac Vice*

*Attorneys for Plaintiffs*

UNITED STATES DISTRICT COURT
DISTRICT OF ARIZONA

| | |
|---|---|
| Brian Mecinas, *et al.*,<br><br>　　　　　Plaintiffs,<br><br>　　v.<br><br>Katie Hobbs, in her official capacity as the Arizona Secretary of State,<br><br>　　　　　Defendant. | No. 19-cv-05547-PHX-DJH<br><br>**PLAINTIFFS' NOTICE OF SUPPLEMENTAL AUTHORITY IN SUPPORT OF RESPONSE IN OPPOSITION TO DEFENDANT'S MOTION TO DISMISS AND PLAINTIFFS' MOTION FOR PRELIMINARY INJUNCTION** |

In support of Plaintiffs' Response in Opposition to the Secretary's Motion to Dismiss (Doc. 27), and the Motion for Preliminary Injunction (Doc. 14), Plaintiffs respectfully submit the attached Memorandum Opinion and Order issued on June 15, 2020, in *Pavek et al. v. Simon et al.*, No. 19-cv-3000 (D. Minn. June 15, 2020). *See* Ex. A.

In *Pavek*, DSCC and DCCC and multiple individual plaintiffs brought suit challenging Minnesota's ballot order statute, which mandated that the first position on the ballot be occupied by the candidate associated with the major political party that received the smallest average number of votes in the last Minnesota general election. Minn. Stat. § 204D.13(2) (2018). The complaint alleged the same claims as here, and the same injuries suffered by DSCC and DCCC and their voters as a result of the ballot order statute. The U.S. District Court for the District of Minnesota denied the defendants' motion to dismiss and granted the plaintiffs' motion for preliminary injunction, finding that the plaintiffs showed a likelihood of success that the discriminatory ballot order statute violated their First and Fourteenth Amendment rights. *See id.* In so doing, the court addressed several of the same issues raised in the Secretary's motion to dismiss (Doc. 26) and in Plaintiffs' motion for preliminary injunction (Doc. 14) in this case, including the standing of political party committees to bring these types of claims, the character and magnitude of the burden asserted by Plaintiffs under the *Anderson-Burdick* test, and the legitimacy of the state's asserted interests in its current ballot ordering system.

Dated:  June 16, 2020

  */s Austin Yost*
Sarah R. Gonski (Bar No. 032567)
Austin Yost (Bar No. 034602)
**PERKINS COIE LLP**
2901 North Central Avenue, Suite 2000
Phoenix, Arizona 85012-2788
Telephone:  (602) 351-8000
Facsimile:   (602) 648-7000
SGonski@perkinscoie.com
AYost@perkinscoie.com

Marc E. Elias (WDC Bar No. 442007)*
Elisabeth C. Frost (WDC Bar No. 1007632)*
Jacki Anderson (WDC Bar No. 1531821)*
John M. Geise (WDC Bar No. 1032700)*
**PERKINS COIE LLP**

| | |
|---|---|
| 1 | 700 Thirteenth Street NW, Suite 600 |
| 2 | Washington, D.C. 20005-3960<br>Telephone: (202) 654-6200 |
| 3 | Facsimile: (202) 654-6211<br>MElias@perkinscoie.com |
| 4 | EFrost@perkinscoie.com<br>JackiAnderson@perkinscoie.com |
| 5 | JGeise@perkinscoie.com |

Abha Khanna (WA Bar No. 42612)*
**PERKINS COIE LLP**
1201 Third Avenue, Suite 4900
Seattle, Washington 98101-3099
Telephone: (206) 359-8000
Facsimile: (206) 359-9000
AKhanna@perkinscoie.com

*Attorneys for Plaintiffs*

**CERTIFICATE OF SERVICE**

I hereby certify that on June 16, 2020, I electronically transmitted the attached document to the Clerk's Office using the ECF System for filing and transmittal of a Notice of Electronic Filing to the ECF registrants.

*/s  Austin Yost*