Sarah R. Gonski (Bar No. 032567)
Austin Yost (Bar No. 034602)
**PERKINS COIE LLP**
2901 North Central Avenue, Suite 2000
Phoenix, Arizona 85012-2788
Telephone: (602) 351-8000
Facsimile: (602) 648-7000
SGonski@perkinscoie.com
AYost@perkinscoie.com

Marc E. Elias (WDC Bar No. 442007)*
Elisabeth C. Frost (WDC Bar No. 1007632)*
Jacki L. Anderson (WDC Bar No. 1531821)*
John M. Geise (WDC Bar No. 1032700)*
**PERKINS COIE LLP**
700 Thirteenth Street NW, Suite 600
Washington, D.C. 20005-3960
Telephone: (202) 654-6200
Facsimile: (202) 654-6211
MElias@perkinscoie.com
EFrost@perkinscoie.com
JackiAnderson@perkinscoie.com
JGeise@perkinscoie.com

Abha Khanna (WA Bar No. 42612)*
**PERKINS COIE LLP**
1201 Third Avenue, Suite 4900
Seattle, WA 98101-3099
Telephone: (206) 359-8000
Facsimile: (206) 359-9000
AKhanna@perkinscoie.com

*Admitted Pro Hac Vice*

*Attorneys for Plaintiffs*

UNITED STATES DISTRICT COURT
DISTRICT OF ARIZONA

| | |
|---|---|
| Brian Mecinas, *et al.*, | No. 19-cv-05547-PHX-DJH |
| Plaintiffs, | **PRELIMINARY INJUNCTION APPEAL** |
| v. | |
| Katie Hobbs, in her official capacity as the Arizona Secretary of State, | |
| Defendant. | |

1  Notice is hereby given that Plaintiffs appeal to the United States Court of Appeals
2  for the Ninth Circuit from this Court's order granting Defendant's Motion to Dismiss (Doc.
3  73), entered in the above-captioned action on June 25, 2020, attached hereto as **Exhibit A**.
4  Plaintiffs' Representation Statement, required by Ninth Circuit Rule 3-2(b), is
5  attached to this Notice as **Exhibit B**.

Dated: July 3, 2020              */s/ John M. Geise*

Sarah R. Gonski (Bar No. 032567)
Austin Yost (Bar No. 034602)
**PERKINS COIE LLP**
2901 North Central Avenue, Suite 2000
Phoenix, Arizona 85012-2788
Telephone: (602) 351-8000
Facsimile: (602) 648-7000
SGonski@perkinscoie.com
AYost@perkinscoie.com

Marc E. Elias (WDC Bar No. 442007)*
Elisabeth C. Frost (WDC Bar No. 1007632)*
Jacki Anderson (WDC Bar No. 1531821)*
John M. Geise (WDC Bar No. 1032700)*
**PERKINS COIE LLP**
700 Thirteenth Street NW, Suite 600
Washington, D.C. 20005-3960
Telephone: (202) 654-6200
Facsimile: (202) 654-6211
MElias@perkinscoie.com
EFrost@perkinscoie.com
JackiAnderson@perkinscoie.com
JGeise@perkinscoie.com

Abha Khanna (WA Bar No. 42612)*
**PERKINS COIE LLP**
1201 Third Avenue, Suite 4900
Seattle, Washington 98101-3099
Telephone: (206) 359-8000
Facsimile: (206) 359-9000
AKhanna@perkinscoie.com

*Attorneys for Plaintiffs*

**CERTIFICATE OF SERVICE**

I hereby certify that on July 3, 2020, I electronically transmitted the attached document to the Clerk's Office using the ECF System for filing and transmittal of a Notice of Electronic Filing to the ECF registrants.

*/s/ John M. Geise*