1  Sarah R. Gonski (Bar No. 032567)
   Austin Yost (Bar No. 034602)
2  **PERKINS COIE LLP**
   2901 North Central Avenue, Suite 2000
3  Phoenix, Arizona 85012-2788
   Telephone:  (602) 351-8000
4  Facsimile:   (602) 648-7000
   SGonski@perkinscoie.com
5  AYost@perkinscoie.com

6  Marc E. Elias (WDC Bar No. 442007)*
   Elisabeth C. Frost (WDC Bar No. 1007632)*
7  Jacki L. Anderson (WDC Bar No. 1531821)*
   John M. Geise (WDC Bar No. 1032700)*
8  **PERKINS COIE LLP**
   700 Thirteenth Street NW, Suite 600
9  Washington, D.C. 20005-3960
   Telephone:  (202) 654-6200
10 Facsimile:  (202) 654-6211
   MElias@perkinscoie.com
11 EFrost@perkinscoie.com
   JackiAnderson@perkinscoie.com
12 JGeise@perkinscoie.com

13 Abha Khanna (WA Bar No. 42612)*
   **PERKINS COIE LLP**
14 1201 Third Avenue, Suite 4900
   Seattle, WA 98101-3099
15 Telephone: (206) 359-8000
   Facsimile: (206) 359-9000
16 AKhanna@perkinscoie.com

17 *Admitted Pro Hac Vice*

18 *Attorneys for Plaintiffs*

UNITED STATES DISTRICT COURT
DISTRICT OF ARIZONA

| | |
|---|---|
| Brian Mecinas, *et al.*, | No. 19-cv-05547-PHX-DJH |
| Plaintiffs, | **NOTICE OF COMPLIANCE WITH FEDERAL RULE OF APPELLATE PROCEDURE 10(b)(1)(B)** |
| v. | |
| Katie Hobbs, in her official capacity as the Arizona Secretary of State, | |
| Defendant. | |

In accordance with Federal Rule of Appellate Procedure 10(b)(1)(B), Plaintiffs hereby notify the Court that, having previously obtained the transcripts of relevant portions of the record on appeal, Plaintiffs do not intend to order additional transcripts at this time.

Dated: July 13, 2020    */s Sarah R. Gonski*

Sarah R. Gonski (Bar No. 032567)
Austin Yost (Bar No. 034602)
**PERKINS COIE LLP**
2901 North Central Avenue, Suite 2000
Phoenix, Arizona 85012-2788
Telephone: (602) 351-8000
Facsimile: (602) 648-7000
SGonski@perkinscoie.com
AYost@perkinscoie.com

Marc E. Elias (WDC Bar No. 442007)*
Elisabeth C. Frost (WDC Bar No. 1007632)*
Jacki Anderson (WDC Bar No. 1531821)*
John M. Geise (WDC Bar No. 1032700)*
**PERKINS COIE LLP**
700 Thirteenth Street NW, Suite 600
Washington, D.C. 20005-3960
Telephone: (202) 654-6200
Facsimile: (202) 654-6211
MElias@perkinscoie.com
EFrost@perkinscoie.com
JackiAnderson@perkinscoie.com
JGeise@perkinscoie.com

Abha Khanna (WA Bar No. 42612)*
**PERKINS COIE LLP**
1201 Third Avenue, Suite 4900
Seattle, Washington 98101-3099
Telephone: (206) 359-8000
Facsimile: (206) 359-9000
AKhanna@perkinscoie.com

*Attorneys for Plaintiffs*

**CERTIFICATE OF SERVICE**

I hereby certify that on July 13, 2020, I electronically transmitted the attached document to the Clerk's Office using the ECF System for filing and transmittal of a Notice of Electronic Filing to the ECF registrants.

                                                */s Daniel R. Graziano*