UNITED STATES DISTRICT COURT

DISTRICT OF ARIZONA

| | |
|---|---|
| Brian Mecinas; C.V., *ex rel.* Carolyn Vasko; DNC Services Corp., d/b/a Democratic National Committee; DSCC; and Priorities USA,<br><br>    Plaintiffs,<br><br>        v.<br><br>Katie Hobbs, in her official capacity as the Arizona Secretary of State,<br><br>    Defendant. | No. 2:19-cv-05547 |

## NOTICE OF STIPULATED DISMISSAL

Pursuant to Fed. R. Civ. 41(a)(1)(A)(ii), Plaintiffs and Defendant hereby stipulate to the dismissal of this matter without prejudice.

*/s/ Daniel A. Arellano*
Roy Herrera (Bar No. 032901)
Daniel A. Arellano (Bar No. 032304)
Jillian L. Andrews (Bar No. 034611)
**HERRERA ARELLANO LLP**
530 East McDowell Road
Suite 107-150
Phoenix, Arizona 85004-1500
Telephone: (602) 567-4820
roy@ha-firm.com
daniel@ha-firm.com
jillian@ha-firm.com

Marc E. Elias (admitted pro hac vice)
Elisabeth C. Frost (admitted pro hac vice)
Abha Khanna (admitted pro hac vice)
John Michael Geise (admitted pro hac vice)
**ELIAS LAW GROUP, LLP**
10 G St. NE., Suite 600

Washington, D.C. 2002
Telephone: 202.968.4510
MElias@elias.law
EFrost@elias.law
AKhanna@elias.law
JGeise@elias.law

*Attorneys for Plaintiffs*


By /s/ *Roopali H. Desai (w/permission)*
Roopali H. Desai
Kristen Yost
**COPPERSMITH BROCKELMAN PLC**
2800 North Central Avenue
Phoenix, AZ 85004

*Attorneys for Defendant Arizona Secretary of State Katie Hobbs*