IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF ARIZONA

| | |
|---|---|
| Brian Mecinas, et al., | No. CV-19-05547-PHX-DJH |
| Plaintiffs, | **ORDER** |
| v. | |
| Katie Hobbs, | |
| Defendant. | |

This matter is before the Court on the Plaintiffs' Notice of Stipulated Dismissal pursuant to Fed. R. Civ. 41(a)(1)(A)(ii) (Doc. 87), filed on May 2, 2022. Rule 41(a)(1)(A)(ii) authorizes a plaintiff to dismiss an action without a court order by filing "a stipulation of dismissal signed by all parties who have appeared." Fed. R. Civ. 41(a)(1)(A)(ii). The voluntary dismissal meets these requirements. Therefore, despite the Ninth Circuit's June 1, 2022, Mandate (Doc. 91) reversing and remanding the case to this Court, and a proposed amicus brief filed by non-party State of Arizona (Doc. 89), the Court will order the case be administratively dismissed and closed.

**IT IS ORDERED** approving Plaintiffs' Notice of Stipulated Dismissal (Doc. 87). This action is **dismissed, without prejudice**, and the Clerk of Court is kindly directed to terminate this action in its entirety.

Dated this 2nd day of June, 2022.

Honorable Diane J. Humetewa
United States District Judge